IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Joseph Berti,<br>　　Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC,<br>　　Movant, | BANKRUPTCY CASE NUMBER<br>16-11046/MDC |
| v.<br>Joseph Berti,<br>　　Debtor, | 11 U.S.C. § 362 |
| William C. Miller, Trustee,<br>　　Additional Respondent. | |

# **O R D E R**

　　AND NOW, this __4th__ day of ___May___, 2020, after notice to all required parties and certification of default under the terms of this Court's Order of April 12, 2019 it is

　　ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 3249 Princeton Avenue, Philadelphia, PA 19149; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE