UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Joseph Berti | : | Case No.:16-11046(MDC) |
| | : | |
| Debtor | : | Chapter 13 |

**MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY**

Comes Now, Joseph Berti, hereinafter referred to as "Debtor" and moves this Honorable Court to vacate its May 4, 2020 Order Modifying Section 362 Automatic Stay and in support thereof avers the following:

1.      The above captioned bankruptcy matter was filed as a Chapter 13 on or about February 18, 2016.

2.      The Chapter 13 bankruptcy matter was assigned case number 16-11046.

3.      The Chapter 13 Plan was confirmed by this Honorable Court on August 18, 2016.

4.      On or about November 30, 2018, Nationstar Mortgage, LLC (hereinafter referred to as "Nationstar") filed a Motion for Relief from Stay.

5.      On or about April 11, 2019, Debtor and Nationstar entered into a Stipulation, attached hereto as **Exhibit "A"**, wherein Debtor agreed to cure Post-petition arrears.

6.      On or about, April 24, 2020 Nationstar filed a Certification of Default of the Stipulation and this honorable Court entered an Order on or about May 4, 2020, granting the November 30, 2018 Motion for Relief from Stay.

7.       Debtor was unable to pay during the months of March 2020 through April 2020 due to COVID-19 and loss of income.

8.     Debtor applied for unemployment and once he began receiving payments, made payments to the creditor for March and April, which were accepted by the creditor.

9.     The Debtor is desirous of keeping his real property located at 3249 Princeton Avenue, Philadelphia, PA 19149 and to that aim will ascertain and pay any and all post-petition delinquencies prior to the hearing on the instant Motion.

**WHEREFORE**, for the reasons stated herein, the Debtor respectfully request that this Honorable Court Vacate May 4, 2020 Order Modifying the Automatic Stay.

Respectfully submitted,

/s/ Brad J. Sadek, Esquire

Dated: June 5, 2020                 Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107