IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
|    Joseph Berti | : |
| | : |
| | :     Case No.:  16-11046MDC |
| | : |
| Debtor(s) | :     Chapter 13 |

## PRAECIPE  TO WITHDRAW DOCKET NUMBER 71

TO THE COURT:

Please withdraw the *Certificate of No Response* filed at Docket No. 71.


Dated:  June 30, 2020                                                                                                   ***/s/ Brad J. Sadek***
                                                                                                                         Brad J. Sadek, Esquire
                                                                                                                         Counsel for Debtor