1 Berti Stipulation Bankruptcy Case # 16-11046/MDC

<u>IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| In re: Joseph Berti,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC,<br>    Movant,<br>v.<br>Joseph Berti,<br>    Debtor,<br>William C. Miller, Trustee,<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-11046/MDC<br><br>11 U.S.C. § 362 |

**STIPULATION AND ORDER**

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1. On April 2, 2019, the parties hereto entered into a Stipulation for the cure by Debtor of post-petition arrears due to Movant, which was subsequently entered as an Order of Court April 12, 2019

2. On April 6, 2020, a Notice of Default was sent to Debtor pursuant to the terms of the Stipulation, and on April 24, 2020, Movant filed a Certification of Default, entitling it to relief from the Automatic Stay.

3. On May 4, 2020, this Honorable Court entered an Order granting Movant Relief from the Automatic Stay (the "Relief Order").

4. On or about July 6, 2020, Debtor submitted certified funds in the amount of $2,988.77 to cure the default.

5. The parties hereto have agreed to vacate the Relief Order and reimpose the automatic stay.

2 Berti Stipulation Bankruptcy Case # 16-11046/MDC

6. Debtor hereby reaffirms the obligations under the original Stipulation and agrees to be bound by the terms thereof.

The parties request that this Honorable Court approve this stipulation.

Dated: July 20, 2020           /s/ Kristen D. Little
                               Kristen D. Little, Esquire
                               Attorney for Movant


Dated: July 20, 2020           /s/ Brad J. Sadek
                               Brad J. Sadek, Esquire
                               Attorney for Debtor


Dated: 7/24/2020               /s/ LeeAne O. Huggins    No Objection
                               William C. Miller
                               Trustee


AND NOW, this _____ day of _____, 2020, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.


BY THE COURT:


_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE