**Fill in this information to identify the case:**

Debtor 1 _Joseph Berti_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _Eastern District of PA_
                                                           (State)

Case number: _16-11046/MDC_

Official Form 4100R

# Response to Final Cure Payment                                                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** Nationstar Mortgage LLC

**Court Claim no. (**if known)
5

**Last 4 digits of any number you use to identify the debtor's account:** XXXXXX5161

**Property address:** 3249 Princeton Avenue
                                 Number     Street

Philadelphia, PA 19149
City                        State        Zip Code

### Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

### Part 3: Postpetition Mortgage Payment

*Check One:*

☐ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on:   10/1/2020
                                                                                        MM/ DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due:                                              (a) $1,906.02
b. Total fees, charges, expenses, escrow, and costs outstanding:            (b) $0.00
c. **Total**. Add lines a and b.                                                                       (c) $1,906.02

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:   10/1/2020
                                                   MM / DD / YYYY

Debtor 1    Joseph Berti
     First Name    Middle Name    Last Name

Case number: 16-11046/MDC

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Kristen D. Little
    Signature

Date: December 30, 2020

**Print:**
    First Name    Middle Name    Last Name

Company: Shapiro & DeNardo, LLC

Address: 3600 Horizon Drive, Suite 150
    Number    Street
    King of Prussia, PA 19406
    City    State    ZIP Code

Title: Attorney for and on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper (as servicer for creditor)

Contact phone: (610) 278-6800

Email: logsecf@logs.com